23 So.2d 143

**Jennie PAGE, Adm'rx, v. Geo. D. MOTLEY, Sr., et al.**

7 Div. 837.

Supreme Court of Alabama.

June 7, 1945.

Roy D. McCord, of Gadsden, for appellant.

John R. Robinson, of Gadsden, for appellees.

PER CURIAM.

Appeal dismissed.

23 So.2d 143

**Fred Payson PATTERSON v. Annie Tyson PATTERSON.**

4 Div. 358.

Supreme Court of Alabama.

May 28, 1945.

C. B. Fuller, of Andalusia, and J. C. Fleming, of Elba, for appellant.

J. L. Murphy, of Andalusia, for appellee.

PER CURIAM.

Appeal dismissed, appellee having died.

23 So.2d 882

**PURE OIL CO. et al. v. J. L. BRODRECHT.**

6 Div. 424.

Supreme Court of Alabama.

Dec. 12, 1945.

London & Yancey, of Birmingham, for appellant.

Taylor, Higgins, Koenig & Windham, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellants.

23 So.2d 601

**Ex parte Mrs. Dimmis RILEY.**

**In re Mrs. Dimmis RILEY v. Julian HARRIS, as Judge, etc.**

6 Div. 354.

Supreme Court of Alabama.

June 30, 1945.

Rehearing Denied Nov. 1, 1945.

Horace C. Wilkinson, of Birmingham, for petitioner.

Bradley, Baldwin, All & White, of Birmingham, for respondent.

STAKELY, Justice.

The petition for mandamus is denied in this case on the authority of Ex parte Riley, ante, p. 242, 23 So.2d 592.

Writ denied.

All the Justices concur.